No. 6622.—Alonso, aplda., v. Martínez Rodríguez, apltc.—C. D. Arecibo. Abril 6, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, la moción que antecede se funda en la supuesta falta de diligencia del apelante, en la supuesta frivolidad de la apelación y en la supuesta falta de jurisdicción de este tribunal;

Por cuanto, el apelante ha radicado ya una transcripción de autos en la Secretaría de este Tribunal dentro del término fijado en la última prórroga concedida para ello;

Por cuanto, la mera afirmación de que la apelación es frívola y que el apelante no puede señalar motivo de error contra la sentencia apelada, no basta para demostrar que sea así;

Por cuanto, la alegación de que la sentencia apelada, sin incluir intereses, no excede de la suma de $300, no está sostenida por la copia certificada de la sentencia acompañada a dicha moción, la cual no habla de intereses sino de una suma de $300 de principal y un

crédito adicional de $100, sin especificar la naturaleza de dicho crédito adicional;

Por tanto, no ha lugar a la desestimación solicitada.